UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESHAWN YOUNG, <u>on behalf of herself and all other persons similarly situated</u>,

                Plaintiff,

-v-

DINE BRANDS GLOBAL, INC.,

                Defendant.

CIVIL ACTION NO. 25 Civ. 908 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court previously ordered that the parties' proposed case management plan be held in abeyance pending the settlement conference scheduled for July 24, 2025. (ECF No. 16). Because the settlement conference held today, July 24, 2025, did not result in an agreement in principle, the parties are ordered to meet and confer and submit a revised proposed case management plan by **Wednesday, July 30, 2025**.

Dated:    New York, New York
            July 24, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**