UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESHAWN YOUNG, <u>on behalf of herself and all
other persons similarly situated</u>,

                          Plaintiff,

   -v-

DINE BRANDS GLOBAL, INC.,

                       Defendant.

CIVIL ACTION NO. 25 Civ. 908 (DEH) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on August 18, 2025, the Court ORDERS that

Plaintiff's deposition shall be conducted <u>by</u> <u>videoconference</u> **between September 22, 2025 and**

**October 3, 2025**.  The parties are directed to meet and confer to schedule a mutually available

date during that time.

Dated:       New York, New York
              August 18, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**