UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESHAWN YOUNG, on behalf of herself and all other persons similarly situated,

          Plaintiff,

-v-

DINE BRANDS GLOBAL, INC.,

          Defendant.

CIVIL ACTION NO. 25 Civ. 908 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's letter motion to compel (Dkt. No. 29 (the "Motion")) and Defendant's response (Dkt. No. 30). Plaintiff's Motion is **DENIED** without prejudice because it does not appear that the parties have sufficiently met and conferred to attempt to resolve the discovery disputes before seeking judicial intervention. A telephone conference ("Conference") to discuss the status of fact discovery is scheduled for **October 15, 2025 at 4:00 p.m. ET**. The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time. The parties are further **ORDERED** to meet and confer regarding Defendant's discovery responses in advance of the Conference.

The Clerk of Court is respectfully directed to close Dkt. No. 29.

Dated:     New York, New York
           September 29, 2025

                                                      SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2