UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESHAWN YOUNG, <u>on behalf of herself and all other persons similarly situated</u>,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>DINE BRANDS GLOBAL, INC.,<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION NO. 25 Civ. 908 (DEH) (SLC)<br><br>**TELEPHONE CONFERENCE<br>RESCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference (the "Conference") scheduled for **October 15, 2025 at 4:00 p.m. ET** to discuss the status of fact discovery (<u>see</u> Dkt. No. 31) is **ADJOURNED** to **October 16, 2025 at 2:15 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time. Pursuant to the Court's Order at Dkt. No. 31, the parties shall meet and confer regarding Defendant's discovery responses in advance of the Conference.

Dated:　　New York, New York
　　　　　September 30, 2025

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge**