UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
LESHAWN YOUNG, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

                    Plaintiffs,

v.

DINE BRANDS GLOBAL, INC.,

                    Defendant.
------------------------------------- x

ECF CASE

No.: 1:25-cv-908

## NOTICE OF SETTLEMENT

To The Honorable Court:

      The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
       October 2, 2025            Respectfully Submitted,

                                       **GOTTLIEB & ASSOCIATES PLLC**
                                       /s/ Michael A. LaBollita
                                       Michael A. LaBollita, Esq.

                                       Michael A. LaBollita (ML-9985)
                                       Jeffrey M. Gottlieb (JG-7905)
                                       Dana L. Gottlieb (DG-6151)
                                       GOTTLIEB & ASSOCIATES PLLC
                                       150 East 18th Street, Suite PHR
                                       New York, New York 10003
                                       Tel: 212.228.9795
                                       Fax: 212.982.6284
                                       Jeffrey@Gottlieb.legal
                                       Dana@Gottlieb.legal
                                       Michael@Gottlieb.legal
                                       *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge